

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00138-CV

DEBRA ANN MCDONALD CHANDLER, Appellant

V.

PACE HOSPITAL, Appellee

Appeal from the 165th District Court of Harris County. (Tr. Ct. No. 2011-11499).

After inspecting the record of the court below, it is the opinion of this Court that it lacks jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Debra Ann McDonald Chandler, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 21, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.